UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
MATTHEW BOCK, :
 :
                              Plaintiff, : 20-CV-2092 (JMF)
 :
        -v- : ORDER TO TRANSFER
 :
LONG ISLAND RAILROAD COMPANY, :
 :
                             Defendant. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff filed this action alleging that he suffered a workplace injury on April 1, 2017, due to the negligence of his then-employer, the Long Island Railroad Company. ECF No. 1, ¶¶ 9-16. On April 9, 2020, Plaintiff, in response to the Court's March 11, 2020 Order to Show Cause, consented to the transfer of this case to the Eastern District of New York.

      Accordingly, the Clerk of Court is directed to TRANSFER this case forthwith (i.e., without waiting the seven days specified in Local Civil Rule 83.1) to the United States District Court for the Eastern District of New York and to close the case on this Court's docket.

      SO ORDERED.

Dated: April 13, 2020
       New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge